**BANCORP SERVICES, L.L.C., Plaintiff–Cross Appellant,**

v.

**HARTFORD LIFE INSURANCE COMPANY and International Corporate Marketing Group, L.L.C. (formerly known as International Corporate Marketing Group, Inc.), Defendants–Appellants.**

Nos. 02–1431, 03–1181.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 4, 2003.

**ORDER**

The Joint Motion Pursuant to F.R.A.P. 42(b) to Dismiss Appeal No. 02–1431, filed by Defendants–Appellants Hartford Life Insurance Company and International Corporate Marketing Group, L.L.C. (collectively, "Hartford") and Plaintiff–Cross Appellant Bancorp Services, L.L.C. ("Bancorp") is hereby granted. Nothing herein shall affect or prejudice the cross-appeal by Bancorp (No. 031181).